2/14/17
3:30 P.M.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Katharine S. Hayden |
| v. | Crim. No. 17- 44 (KSH) |
| JUAN CARLOS RODRIGUEZ,<br>a/k/a "Rufino Pizaflores,"<br>a/k/a "Rufino Pizaflores-Delgado" | 8 U.S.C. §§ 1326(a) & (b)(2) |
| | **INDICTMENT** |

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On a date on or after February 11, 2004, and on or before November 1, 2016, in Essex County, in the District of New Jersey, and elsewhere, defendant

**JUAN CARLOS RODRIGUEZ,**
a/k/a "Rufino Pizaflores,"
a/k/a "Rufino Pizaflores-Delgado,"

being an alien who was deported and removed and had departed the United States while an order of deportation and removal was outstanding subsequent to his conviction for the commission of an aggravated felony, and thereafter, without the express consent of the Secretary of Homeland Security to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter and was found in the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL,

FOREPERSON

*Paul Fishman* (signature)
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 17- 44 (KSH)

# United States District Court
## District of New Jersey

**UNITED STATES OF AMERICA**

v.

**JUAN CARLOS RODRIGUEZ,**
a/k/a "Rufino Pizaflores,"
a/k/a "Rufino Pizaflores-Delgado"

# INDICTMENT FOR

8 U.S.C. §§ 1326(a) and (b)(2)

A True Bill,

███████████
Foreperson

**PAUL J. FISHMAN**
UNITED STATES ATTORNEY
NEWARK, NEW JERSEY

FRANK A. CAVANAGH
SPECIAL ASSISTANT U.S. ATTORNEY
973-645-2772